IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                               CIVIL ACTION NO. 5:06cv10-DCB
                                                  CRIMINAL NO. 5:03cr24-DCB-4

MELVIN ANDERSON                                                         DEFENDANT

ORDER

This cause is before the Court sua sponte. Having reviewed the defendant's Motion to Vacate or Reduce Sentence pursuant to 28 U.S.C. § 2255 [**docket entry no. 216**] dated January 25, 2006, and his Motion to Reduce Sentence [**docket entry no. 226**] dated May 11, 2006, the Court finds that a response to both motions by the government is required. Accordingly,

IT IS HEREBY ORDERED that the United States Attorney shall file an answer to the plaintiff's motions within thirty (30) days from the date of entry of this Order.

SO ORDERED, this the 14th day of June, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE