IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 5:03cr24BrSu

MELVIN ANDERSON

ORDER

Upon motion of the United States Attorney, which the Court grants, the Clerk is directed to unseal the transcripts covering the change of plea and sentencing of this defendant (no docket numbers associated with these entries) and the following document numbers: 134, 135, and 136.

Further, the Government is granted an additional 30 days from the unsealing of these records in which to file its response to Anderson's pending motions.

SO ORDERED, this the  30th  day of    June    , 2006.


                             s/ David Bramlette
                        UNITED STATES DISTRICT COURT  JUDGE