# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

UNITED STATES OF AMERICA                                          RESPONDENT

VERSUS                                      CIVIL ACTION NO. 5:06cv10DCB
                                            CRIMINAL ACTION NO. 5:03cr24DCB

MELVIN ANDERSON                                                    PETITIONER

## FINAL JUDGMENT

This matter comes before the Court on Petitioner Melvin Anderson's Motion to Vacate Sentence [**criminal docket entry no. 216; civil docket entry no. 1**].  The Court denied said motion in a Memorandum Opinion and Order.  Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this 28 U.S.C. § 2255 action is **DISMISSED WITH PREJUDICE.**

SO ORDERED AND ADJUDGED, this the 5th day of December, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE